

Jamie A. Slimm
*Also Member of Pennsylvania Bar*
jslimm@archerlaw.com
856-354-3091 Direct
856-673-7091 Direct Fax

Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

July 2, 2019

**VIA CM/ECF**

Clerk, United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 2020
402 E. State Street
Trenton, NJ 08608

> **Re:   PennEast Pipeline Company, LLC**
> **All Matters on Attached Exhibit A**

Dear Sir/Madam:

Consistent with the Local Rules, I am writing to advise that effective July 1, 2019, PennEast's corporate address has changed to the following:

PennEast Pipeline Company
835 Knitting Mills Way
Wyomissing, PA 19610

Thank you.

Respectfully,

JAMIE A. SLIMM

JAS/dad
Attachment

Cc:   All counsel via CM/ECF
      All unrepresented parties via regular mail

216693447v1

Haddonfield, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Red Bank, NJ | New York, NY | Wilmington, DE

## EXHIBIT A

3:18-cv-01585-BRM-DEA
3:18-cv-01588-BRM-DEA
3:18-cv-01590-BRM-DEA
3:18-cv-01597-BRM-DEA
3:18-cv-01603-BRM-DEA
3:18-cv-01609-BRM-DEA
3:18-cv-01613-BRM-DEA
3:18-cv-01621-BRM-DEA
3:18-cv-01624-BRM-DEA
3:18-cv-01638-BRM-DEA
3:18-cv-01641-BRM-DEA
3:18-cv-01643-BRM-DEA
3:18-cv-01646-BRM-DEA
3:18-cv-01648-BRM-DEA
3:18-cv-01654-BRM-DEA
3:18-cv-01656-BRM-DEA
3:18-cv-01658-BRM-DEA
3:18-cv-01660-BRM-DEA
3:18-cv-01662-BRM-DEA
3:18-cv-01665-BRM-DEA
3:18-cv-01668-BRM-DEA
3:18-cv-01669-BRM-DEA
3:18-cv-01670-BRM-DEA
3:18-cv-01672-BRM-DEA
3:18-cv-01673-BRM-DEA
3:18-cv-01682-BRM-DEA
3:18-cv-01684-BRM-DEA
3:18-cv-01689-BRM-DEA
3:18-cv-01694-BRM-DEA
3:18-cv-01695-BRM-DEA
3:18-cv-01697-BRM-DEA
3:18-cv-01699-BRM-DEA
3:18-cv-01701-BRM-DEA
3:18-cv-01706-BRM-DEA
3:18-cv-01709-BRM-DEA
3:18-cv-01715-BRM-DEA
3:18-cv-01721-BRM-DEA
3:18-cv-01722-BRM-DEA
3:18-cv-01726-BRM-DEA

3:18-cv-01729-BRM-DEA
3:18-cv-01731-BRM-DEA
3:18-cv-01743-BRM-DEA
3:18-cv-01745-BRM-DEA
3:18-cv-01748-BRM-DEA
3:18-cv-01750-BRM-DEA
3:18-cv-01754-BRM-DEA
3:18-cv-01756-BRM-DEA
3:18-cv-01757-BRM-DEA
3:18-cv-01759-BRM-DEA
3:18-cv-01763-BRM-DEA
3:18-cv-01765-BRM-DEA
3:18-cv-01774-BRM-DEA
3:18-cv-01776-BRM-DEA
3:18-cv-01778-BRM-DEA
3:18-cv-01779-BRM-DEA
3:18-cv-01798-BRM-DEA
3:18-cv-01801-BRM-DEA
3:18-cv-01802-BRM-DEA
3:18-cv-01806-BRM-DEA
3:18-cv-01809-BRM-DEA
3:18-cv-01811-BRM-DEA
3:18-cv-01812-BRM-DEA
3:18-cv-01814-BRM-DEA
3:18-cv-01816-BRM-DEA
3:18-cv-01819-BRM-DEA
3:18-cv-01822-BRM-DEA
3:18-cv-01832-BRM-DEA
3:18-cv-01838-BRM-DEA
3:18-cv-01845-BRM-DEA
3:18-cv-01846-BRM-DEA
3:18-cv-01851-BRM-DEA
3:18-cv-01853-BRM-DEA
3:18-cv-01855-BRM-DEA
3:18-cv-01859-BRM-DEA
3:18-cv-01863-BRM-DEA
3:18-cv-01866-BRM-DEA
3:18-cv-01868-BRM-DEA
3:18-cv-01869-BRM-DEA
3:18-cv-01874-BRM-DEA
3:18-cv-01896-BRM-DEA

3:18-cv-01897-BRM-DEA
3:18-cv-01904-BRM-DEA
3:18-cv-01905-BRM-DEA
3:18-cv-01909-BRM-DEA
3:18-cv-01915-BRM-DEA
3:18-cv-01918-BRM-DEA
3:18-cv-01924-BRM-DEA
3:18-cv-01934-BRM-DEA
3:18-cv-01937-BRM-DEA
3:18-cv-01938-BRM-DEA
3:18-cv-01942-BRM-DEA
3:18-cv-01951-BRM-DEA
3:18-cv-01973-BRM-DEA
3:18-cv-01974-BRM-DEA
3:18-cv-01976-BRM-DEA
3:18-cv-01983-BRM-DEA
3:18-cv-01986-BRM-DEA
3:18-cv-01989-BRM-DEA
3:18-cv-01990-BRM-DEA
3:18-cv-01991-BRM-DEA
3:18-cv-01995-BRM-DEA
3:18-cv-01997-BRM-DEA
3:18-cv-01998-BRM-DEA
3:18-cv-01999-BRM-DEA
3:18-cv-02000-BRM-DEA
3:18-cv-02001-BRM-DEA
3:18-cv-02003-BRM-DEA
3:18-cv-02004-BRM-DEA
3:18-cv-02014-BRM-DEA
3:18-cv-02015-BRM-DEA
3:18-cv-02016-BRM-DEA
3:18-cv-02020-BRM-DEA
3:18-cv-02025-BRM-DEA
3:18-cv-02028-BRM-DEA
3:18-cv-02031-BRM-DEA
3:18-cv-02033-BRM-DEA
3:18-cv-02139-BRM-DEA
3:18-cv-02508-BRM-DEA
3:19-cv-01097-BRM-DEA
3:19-cv-01104-BRM-DEA
3:19-cv-01107-BRM-DEA

3:19-cv-01110-BRM-DEA
3:19-cv-01114-BRM-DEA
3:19-cv-01117-BRM-DEA

216649784v1